# Exhibit A

# Predominantly Purple

## NYU Langone

**Media:** Various (outdoor, social, digital, print, billboards, transit)
**Date:**
Transplant = January 2022
#1 Hospital = August 2022
Safety / Leapfrog = Spring 2022

## Northwell

**Media:** LinkedIn post
**Date Posted:** May 2023







**Media:** Social
**Date:** March 2021

**Media:** Online display
**Date:** July 2019





**Media:** Online display
**Date:** October 2017

**Media:** Social
**First Run Date:** February 8, 2023






1

# Purple with accent color

NYU Langone



**Media:** Social Media
**Date:** March 2021

**Media:** Online Display
**Date:** November 2019



**Media:** Online Display
**Date:** June 2021

**Media:** Online Display
**Date:** October 2019

**Media:** Social Media
**Date:** March 2021



**Media:** Online Display
**Date:** May 2021



**Media:** Online Display
**Date:** May 2021

Northwell

**Media:** Online Display
**Date:** May 2021



**Media:** Paid Social (also print)
**First Run Date:** November 2022

**Media:** Online Display
**First Run Date:** January 3, 2022



**Media:** Online Display
**First Run Date:** October 22, 2021



**Media:** Online Display
**First Run Date:** October 18, 2021



*Additional Examples of Purple with Accent Color*

| Style | Date posted / (pulled) | Website/Screenshot |
|---|---|---|
| Purple with accent color | ~5/18/23 (as of 6/1/23) | <br><br>https://www.linkedin.com/posts/northwell-health_hiring-jobhunt-activity-7063940499815944192-VPg1?utm_source=share&utm_medium=member_desktop |

3

| Purple with accent color | 5/15/23 |  https://www.facebook.com/ads/library/?id=259368953141586 (for Northwell's advertisements, launched on  on Facebook and Instagram) |

| | | |
|---|---|---|
| Purple with accent color | 5/17/23 (as of 6/1/23) | <br><br>https://twitter.com/KatzWomensHlth/status/1658865105331691522?cxt=HHwWhICx2cbBvIUuAAAA |

| Purple with accent color | 1/11/23 (as of 6/1/23) |  https://www.facebook.com/northwellhealth/videos/labs-imaging-all-of-this-to-see-all-of-you-precisely/1199713444010444/ |
|---|---|---|

# Purple with accent color

## NYU Langone

**Media:** Social Media
**Date:** January 2021

**Media:** Online Display
**Date:** August 2020



**Media:** Online Display
**Date:** June 2021

**Media:** Online Display
**Date:** May 2021





## Northwell

**Media:** Print
**First Run Date:** November 8, 2021

**Media:** Online Display
**First Run Date:** July 11, 2022





**Media:** Online Display
**First Run Date:** July 19, 2021

**Media:** Online Display
**First Run Date:** September 20, 2021





7

*Additional Examples of Purple with Accent Color*

| Style | Date posted / (pulled) | Website/Screenshot |
|---|---|---|
| Purple with accent color | 2/24/23 (as of 6/1/23) | <br>https://www.facebook.com/northwellhealth/videos/heart-healthy-facts/767866748391164/ |

| Purple with accent color | 3/24/22 | <br>Online Display. |
|---|---|---|

# Purple with photo

## NYU Langone

**Media:** Print Brochure
**Date:** 2019 (estimated)



**Media:** Email blast
**Date:** August 2020



**Media:** Direct mail, print brochure
**Date:** May 2022



**Media:** Digital billboard
**Date:** May 2022



## Northwell



**Media:** Paid Social
**First Run Date:** March 10, 2023



**Media:** Paid Social
**First Run Date:** November, 16 2021

