```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NYU LANGONE HEALTH SYSTEM AND NYU
LANGONE HOSPITALS,

    Plaintiffs,

-against-

NORTHWELL HEALTH, INC.,

    Defendant.

-------------------------------------------------------------X

Civil Action No. 1:23-cv-05032

[PROPOSED] STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs NYU Langone Health System and NYU Langone Hospitals and Defendant Northwell Health Inc. as follows:

1. Defendant acknowledges that the Summons and Complaint were served upon Defendant through the Secretary of State of New York on June 20, 2023 [ECF No. 1];

2. Defendant's time to answer, move, or otherwise respond to the Complaint is extended to August 8, 2023; and

3. Defendant reserves all objections and defenses to the claims made in the Complaint, other than those based on insufficiency of service of process.

Dated: June 30, 2023
       New York, New York

REED SMITH LLP

By: *Natsayi Mawere*
    Natsayi Mawere

599 Lexington Avenue
New York, NY 10022
(212) 521-5400
nmawere@reedsmith.com

Jennifer Yule DePriest (admitted *pro hac vice*)
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000
jdepriest@reedsmith.com

*Attorneys for Plaintiffs*

FRANKFURT KURNIT KLEIN & SELZ PC

By: /s/ Kimberly M. Maynard
    Kimberly M. Maynard
    Edward H. Rosenthal
    Zoe Rachael Staum
    Amanda Barkin

28 Liberty Street
New York, NY 10005
(212) 826-5524
erosenthal@fkks.com
kmaynard@fkks.com
zstaum@fkks.com
abarkin@fkks.com

*Attorneys for Defendant*

So Ordered:

_____
U.S.D.J.

SO ORDERED.

*Valerie Caproni* (signature)

Date: 7/5/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE