**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| NYU LANGONE HEALTH SYSTEM AND NYU LANGONE HOSPITALS, <br><br> Plaintiffs, <br><br> -against- <br><br> NORTHWELL HEALTH, INC., <br><br> Defendant. | Case No. 1:23-cv-05032 (VEC) <br><br> **NOTICE OF DEFENDANT NORTHWELL HEALTH, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon this Notice of Motion, together with the supporting Memorandum of Law, Defendant Northwell Health, Inc. will move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, in courtroom 443, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 8, 2023

                                      FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                      By:  */s/ Kimberly M. Maynard*
                                           Kimberly M. Maynard
                                           Edward H. Rosenthal
                                           Zoe Rachael Staum
                                           Amanda B. Barkin
                                      28 Liberty Street, 35th Floor
                                      New York, New York 10005
                                      Tel.: (212) 980-0120
                                      Fax: (347) 438-2114
                                      kmaynard@fkks.com
                                      erosenthal@fkks.com
                                      zstaum@fkks.com
                                      abarking@fkks.com

                                      *Attorneys for Defendant Northwell Health, Inc.*