```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/2/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NYU LANGONE HEALTH SYSTEM and :
NYU LANGONE HOSPITALS, :
 :
 :
                             Plaintiffs, :    23-CV-5032 (VEC)
          -against- :
 :    <u>ORDER</u>
 :
NORTHWELL HEALTH, INC., :
 :
 :
                             Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS in a Sealed Opinion and Order on September 25, 2024, the Court ordered Defendant to show cause why any portion of that Sealed Opinion and Order should remain under seal and submit a version with proposed redactions by not later than Friday, October 4, 2024, *see* Dkt. 71; and

WHEREAS the Court also ordered that Plaintiffs must file an amended complaint containing only the proposed trade dress infringement and unfair competition claims in Counts II, V, and VII of the proposed amended complaint by not later than Friday, October 11, 2024, *see id.*;

IT IS HEREBY ORDERED that Plaintiffs' time to file an amended complaint is extended from **Friday, October 11, 2024**, to **Friday, October 18, 2024**.

**SO ORDERED.**

**Date: October 2, 2024**
**New York, New York**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**