USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NYU LANGONE HEALTH SYSTEM and
NYU LANGONE HOSPITALS,

                            Plaintiffs,

        -against-

NORTHWELL HEALTH, INC.,

                            Defendant.
------------------------------------------------------------- X

23-CV-5032 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court issued a Sealed Opinion and Order on September 25, 2024, granting in part and denying in part Plaintiffs' motion for leave to amend the complaint, *see* Dkt. 71;

WHEREAS the Court also ordered Defendant to show cause why any portion of that Sealed Opinion and Order should remain under seal and submit a version with proposed redactions by not later than Friday, October 4, 2024, *see id.*; and

WHEREAS Defendant informed the Court that it will not contend that any portion of the Sealed Opinion and Order should remain under seal, *see* Dkt. 73;

IT IS HEREBY ORDERED that the Clerk of the Court is respectfully directed to unseal the Sealed Opinion and Order at Dkt. 71.

**SO ORDERED.**

Date: **October 7, 2024**
      **New York, New York**

                                        _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**