```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/10/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NYU LANGONE HEALTH SYSTEM and        :
NYU LANGONE HOSPITALS,               :
                                     :
                                     :
                    Plaintiffs,      :     23-CV-5032 (VEC)
           -against-                 :
                                     :     ORDER
                                     :
NORTHWELL HEALTH, INC.,              :
                                     :
                                     :
                    Defendant.       :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS in an Opinion and Order on September 25, 2024 (the "Order"), the Court granted Plaintiffs NYU Langone Health System and NYU Langone Hospitals ("NYU Langone") motion for leave to amend its complaint as to the proposed claims in Counts II, V, and VII (the "Trade Dress Claims") and denied their motion as to the proposed claims in Counts I, III, IV, and VI (the "Trademark Claims"), *see* Dkt. 71 at 20;

WHEREAS the Court also ordered that NYU Langone must file an amended complaint containing only the Trade Dress Claims by not later than Friday, October 11, 2024, *see id.*;

WHEREAS the Court then extended NYU Langone's time to file an amended complaint from Friday, October 11, 2024, to Friday, October 18, 2024, *see* Dkt. 72;

WHEREAS on October 9, 2024, NYU Langone filed a motion for reconsideration of the portion of the Order that denied NYU Langone's motion for leave to amend its complaint to include the Trademark Claims, *see* Dkt. 75; and

2

WHEREAS pursuant to Local Civil Rule 6.1(b), Defendant Northwell Health, Inc. may file any opposing papers by not later than October 23, 2024, and NYU Langone may file any reply papers not later than October 30, 2024;

IT IS HEREBY ORDERED that NYU Langone's time to file an amended complaint is STAYED pending resolution of its motion for reconsideration, *see* Dkt 75.

**SO ORDERED.**

Date:  **October 10, 2024**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**