USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET ANO.,

        Plaintiffs,

-v-

NORTHWELL HEALTH, INC.,

        Defendant.

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 13, 2025, Defendant Northwell Health, Inc. filed a Letter Motion to Compel the production of certain documents. ECF No. 94. Simultaneously, Defendant also filed a Letter Motion to Seal Exhibits C–K to the Letter Motion to Compel. ECF No. 95.

Plaintiffs' response to Defendant's Letter Motion to Compel is due **March 17, 2025**.

The parties are directed to file a supplemental letter that explains why the sealing of Exhibits C–K is justified in light of the standards discussed in Paragraph II.G(2) of the undersigned's Individual Rules and Practices for Civil Cases by **March 20, 2025**.

A pre-motion conference is scheduled on **March 25, 2025** at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 138 892 980#).

1

**SO ORDERED.**

Dated: March 14, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge