USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET ANO.,

        Plaintiffs,

-v-

NORTHWELL HEALTH, INC.,

        Defendant.

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a pre-motion conference regarding Defendant Northwell Health, Inc.'s Letter Motion to Compel the production of certain documents. ECF No. 94. For the reasons discussed during today's conference, Defendant's Letter Motion is **DENIED**. The Court declines to award fees to any party with respect to this letter motion.

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 94 and the re-filed Letter Motion with approved redactions at ECF No. 100 as denied.

**SO ORDERED.**

Dated: March 25, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge