UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET ANO.,

                Plaintiffs,

          -v-

NORTHWELL HEALTH, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By joint letter dated March 31, 2025, Defendant Northwell requested, and Plaintiff NYU Langone did not oppose, a settlement conference before the undersigned.  ECF No. 105 at 2.

A conference is scheduled on **April 9, 2025** at **3:00 p.m.** by telephone to discuss settlement.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 145 128 066#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 1, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge