USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET AL.,

        Plaintiffs,

-v-

NORTHWELL HEALTH, INC.,

        Defendant.

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to discuss the status of the parties' settlement efforts. Having conferred with the parties, all deadlines are adjourned *sine die*. By **September 17, 2025**, the parties are directed to submit either a joint status report that a settlement has been reached or a letter motion proposing a new case management schedule.

**SO ORDERED.**

Dated: August 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge