

**Natsayi Mawere**
Direct Phone: +1 212 549 4660
Email: nmawere@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 17, 2025

**VIA ECF**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**RE:** *NYU Langone Health System and NYU Langone Hospitals v. Northwell Health, Inc.*
       Civil Action No.: 1:23-cv-05032

Dear Judge Ricardo:

Pursuant to this Court's January 30, 2025 Case Management Plan and Scheduling Order [ECF Doc. No. 87], the Status Conference held with the Court on August 27, 2025, and the Court's August 27, 2025 Text Order [ECF Doc. No. 125] (the "August 27 Order"), Plaintiffs NYU Langone Health System and NYU Langone Hospitals (collectively, "NYU Langone") and Defendant Northwell Health, Inc. ("Northwell" and together with NYU Langone, the "Parties"), provide the following report.

At the August 27, 2025 Status Conference, the Court and the Parties discussed the status of the Parties' mediation and settlement efforts. At that time, the Parties informed the Court that they were at an inflection point in settlement discussions, and that they anticipated being able to inform the Court by September 17, 2025 whether they have a settlement in principle, or alternatively, would provide a proposed case schedule. The Parties also understood that the Court would be amenable to a further joint status report to convey whether the Parties were still negotiating a settlement. Following the hearing, the Court entered the August 27 Order, (i) adjourning all deadlines *sine die* and (ii) directing the Parties to submit by September 17, 2025 either a "joint status report that a settlement has been reached or a letter motion proposing a new case management schedule."

The Parties have been diligently working toward an out-of-court resolution of this case but respectfully request additional time to continue negotiating. Beginning September 1, 2025, NYU Langone is experiencing a major transition in leadership; NYU Langone's long-standing Chief Executive Office and Dean of the NYU Grossman School of Medicine stepped down after 18 years in that position, as did the equally long-serving Chair of the NYU Langone Board. NYU Langone's new Chief Executive Officer and Dean and the new Board Chair are in the process of getting up to speed on this case, among myriad other significant matters.

The Honorable Henry J. Ricardo
September 17, 2025
Page 2



      On September 10, 2025, counsel for the Parties discussed extending the time period for negotiations to allow NYU Langone's new leadership to appropriately get up to speed as part of their transition.  Accordingly, the Parties respectfully request an extension to October 31, 2025 to either file a joint status report that a settlement (or settlement in principle) has been reached or a joint letter motion proposing a new case management schedule.  In the interim, NYU Langone's counsel has agreed to provide Northwell's counsel with status reports on or before October 1, 2025, and on or before October 15, 2025.

      The Parties thank the Court for its patience and its understanding of the complexities of this case and any resolution.

Respectfully Submitted:

| | |
|---|---|
| */s/ Natsayi Mawere* | */s/ Kimberly M. Maynard* |
| Natsayi Mawere | Kimberly M. Maynard |
| **REED SMITH LLP** | Edward H. Rosenthal |
| 599 Lexington Avenue | Amanda B. Barkin |
| New York, New York 10022 | Cesarina da Parma |
| Tel: (212) 521-5400 | Emily Tate |
| Fax: (212) 521-5450 | **FRANKFURT KURNIT KLEIN & SELZ PC** |
| | 28 Liberty Street |
| Jennifer Yule DePriest | New York, NY 10005 |
| 10 South Wacker Drive | Tel: (212) 826-5524 |
| Chicago, IL 60606-7507 | Fax: (347) 438-2114 |
| Tel: (312) 207-1000 | |
| Fax: (312) 207-6400 | *Counsel for Defendant Northwell Health, Inc.* |
| | |
| Amy M. Kerlin | |
| 225 Fifth Avenue | |
| Pittsburgh, PA 15222 | |
| Tel: (412) 288-3131 | |
| Fax: (412) 288-3063 | |

*Counsel for Plaintiffs NYU Langone Health System and NYU Langone Hospitals*