USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET AL.,

            Plaintiffs,

-v-

NORTHWELL HEALTH, INC.,

            Defendant.

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 17, 2025, the parties filed a joint letter requesting an extension of time until October 31, 2025, to file a joint status report that a settlement has been reached or to file a joint letter motion proposing a new case management schedule. ECF No. 126. The parties' request is granted in part and denied in part. The parties are directed to confer and file a joint letter motion proposing a new case management schedule by **October 3, 2025**.

The Court notes that the NYU Langone leadership change was announced in a March 31, 2025 press release, which stated that Dean Grossman's replacement, Dr. Kimmelman, has been affiliated with NYU Langone since 2016.[1] Further, NYU Langone took the position that Dean Grossman lacked unique, relevant information about this matter in a successful effort to avoid naming him a custodian for

---

[1] *See NYU Langone Health Names Alec C. Kimmelman, MD, PhD, as Next CEO and Dean* (Mar. 31, 2025), available at https://nyulangone.org/news/nyu-langone-health-names-alec-c-kimmelman-md-phd-next-ceo-and-dean.

1

documents in this action. ECF No. 97. Thus, the Court finds that NYU Langone's leadership change is not a sufficient justification to put this case on hold.

**SO ORDERED.**

Dated: September 18, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge