

**Natsayi Mawere**
Direct Phone: +1 212 549 4660
Email: nmawere@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 3, 2025

**VIA ECF**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE:   *NYU Langone Health System and NYU Langone Hospitals v. Northwell Health, Inc.*
      Civil Action No.: 1:23-cv-05032

Dear Judge Ricardo:

Pursuant to this Court's September 18, 2025 Order, Plaintiffs NYU Langone Health System and NYU Langone Hospitals (collectively, "NYU Langone") and Defendant Northwell Health, Inc. ("Northwell"), and together the "Parties", jointly propose the below new case management schedule:

*Fact Discovery Deadlines*

- Deadline to serve requests to admit: January 19, 2026
- Deadline to complete fact depositions: February 27, 2026
- Fact discovery deadline: March 2, 2026

*Expert Discovery Deadlines*

- All expert discovery, including reports, production of underlying documents, and depositions, shall be completed by June 15, 2026, pursuant to the following schedule:
  - [April 1, 2026] 31 days after the close of fact discovery, the Parties will exchange any survey reports (both sides, if any), and NYU Langone will serve reports on any issue on which it has the burden of proof;
  - [May 4, 2026] 30 days after the exchange of survey reports and NYU Langone's service of its burden of proof reports, the Parties will exchange survey critiques (both sides) and Northwell will serve its rebuttal reports*
    > *If Northwell submits an expert report during the rebuttal period refuting issues on which NYU Langone has the burden of proof, even if NYU Langone has not submitted an affirmative report, the Parties will meet and confer to address timing for NYU Langone to respond*

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



The Honorable Henry J. Ricardo
October 3, 2025
Page 2

        *to such a report and any adjustments to the expert discovery schedule, if necessary.*

- o    The Parties will use the time remaining in the expert discovery period to conduct expert depositions (both sides) <u>between May 5 and June 15, 2026</u>.

We thank the Court for its time and attention to this matter.

Respectfully Submitted:

| | |
|---|---|
| /s/ Natsayi Mawere | */s/ Kimberly M. Maynard* |
| Natsayi Mawere | Kimberly M. Maynard |
| REED SMITH LLP | Edward H. Rosenthal |
| 599 Lexington Avenue | Amanda B. Barkin |
| New York, New York 10022 | Cesarina da Parma |
| Tel: (212) 521-5400 | Emily Tate |
| Fax: (212) 521-5450 | **FRANKFURT KURNIT KLEIN & SELZ PC** |
| | 28 Liberty Street |
| Jennifer Yule DePriest | New York, NY 10005 |
| 10 South Wacker Drive | Tel: (212) 826-5524 |
| Chicago, IL 60606-7507 | Fax: (347) 438-2114 |
| Tel: (312) 207-1000 | |
| Fax: (312) 207-6400 | *Counsel for Defendant Northwell Health, Inc.* |

Amy M. Kerlin
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3131

*Counsel for Plaintiffs NYU Langone Health System and NYU Langone Hospitals*