```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU LANGONE HEALTH SYSTEM, ET AL.,

        Plaintiffs,

-v-

NORTHWELL HEALTH, INC.,

        Defendant.

**ORDER**

23-CV-5032 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report dated December 5, 2025. ECF No. 134. The parties are reminded that the discovery deadlines as extended by the Court's October 6, 2025 memo endorsement, ECF No. 129, remain in effect and the parties should not expect a further extension should their settlement efforts fall through.

The parties are directed to submit a further joint status report by **January 7, 2026**.

**SO ORDERED.**

Dated: December 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1